IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACKELINE MARTINEZ-SANTIAGO, et al., <br><br>          Plaintiffs, <br><br>   v. <br><br>PUBLIC STORAGE, <br><br>          Defendant. | HONORABLE JEROME B. SIMANDLE <br><br> Civil Action <br> No. 14-0302 (JBS/AMD) <br><br> **ORDER** |

    This matter comes before the Court by way of two unopposed Motions by Defendant Public Storage to Seal certain exhibits and portions of documents. [Docket Items 200 & 207.] Defendant has moved to seal:

    (i)    Paragraphs 44-50 of Defendant's July 13, 2016 Response to Plaintiff's Statement of Material Facts Not in Dispute [Docket Item 199-1 at 18-21];

    (ii)   Pages 31 and 32 of Defendant's July 13, 2016 Brief in Opposition [Docket Item 199 at 36-37];

    (iii)  Transcript excerpts of Amanda Prentice's June 16, 2015 individual deposition [Docket Item 199-5 at 3-4];

    (iv)   The declaration of Nathan Vitan [Docket Item 206-2 at 2-11; and

    (v)    Pages 7-11 and portions of page 16 of Defendant's Brief in support of its motion to decertify the class [Docket Item 206-1 at 13-17 and 22.

The Court notes that Defendants have proposed the sealing of these materials because they contain sensitive confidential information pertaining to the business practices of Defendant, as well as sensitive personal information regarding third-party tenants. [Docket Items 200-1 at 2 and 207-1 at 2.] [Docket Item 152-1 at 4.]

Local Civil Rule 5.3(c) generally allows the Court to restrict public access to any privileged or otherwise confidential materials or judicial proceedings upon request by any party. L. CIV. R. 5.3(c)(1). The party seeking to seal documents or to otherwise restrict public access must demonstrate: (a) the nature of the materials or proceedings at issue; (b) the legitimate private or public interests which warrant the relief sought; (c) the clearly defined and serious injury that would result if the relief sought is not granted; and (d) why a less restrictive alternative to the relief sought is not available. See L. CIV. R. 5.3(c)(2).

The Court, having considered Defendant's Motions and the papers in support thereof, will grant the Motions to Seal. Consequently, and for good cause shown,

IT IS this **14th** day of **June**, **2017,** hereby

ORDERED that Defendant's motions to seal [Docket Items 200 and 207] are GRANTED.

                                        **s/ Jerome B. Simandle**
                                        JEROME B. SIMANDLE
                                        U.S. District Judge