UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JACKELINE MARTINEZ-SANTIAGO, on behalf of herself and other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PUBLIC STORAGE<br><br>Defendant. | Civil Action No.<br>1:14-cv-00302-NLH-AMD<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)** |

The parties to this matter, by and through the undersigned counsel for Plaintiff, Jackeline Martinez-Santiago, and defendant, Public Storage, hereby stipulate and agree to dismiss this matter with prejudice.

LAW OFFICES OF CHARLES N. RILEY, LLC

s/Charles N. Riley_____9/15/19
CHARLES N. RILEY, ESQUIRE
ATTORNEY FOR PLAINTIFF


BALLARD SPAHR, LLP

s/William Reiley_____10/10/19
WILLIAM REILEY, ESQUIRE
ATTORNEY FOR DEFENDANT


MAYER BROWN LLP

s/Lauren R. Goldman_____10/10/19
LAUREN R. GOLDMAN
ATTORNEY FOR DEFENDANT